UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

_____Milwaukee_____ Division

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2025 OCT 17 P 2:55
CLERK OF COURT

| | |
|---|---|
| David J. Byrd | Case No. 25-C 1594 |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ☐ Yes ☑ No |
| -v- | |
| inSinkErator Division | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

# COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | David J. Byrd |
   | Street Address | 2340 Loni Lane |
   | City and County | Racine |
   | State and Zip Code | Wisconsin 53406 |
   | Telephone Number | (262)-613-1183 |
   | E-mail Address | davidbyrd262@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Micheal Cretton |
| Job or Title (if known) | Human Resources Manager |
| Street Address | N/A |
| City and County | N/A |
| State and Zip Code | N/A |
| Telephone Number | (000) 000-0000 |
| E-mail Address (if known) | N/A |

Defendant No. 2

| | |
|---|---|
| Name | Margie Stuckey |
| Job or Title (if known) | Human Resources |
| Street Address | N/A |
| City and County | N/A |
| State and Zip Code | N/A |
| Telephone Number | (000) 000-0000 |
| E-mail Address (if known) | N/A |

Defendant No. 3

| | |
|---|---|
| Name | Sandy V. |
| Job or Title (if known) | Floor Supervisor |
| Street Address | N/A |
| City and County | N/A |
| State and Zip Code | N/A |
| Telephone Number | (000) 000-0000 |
| E-mail Address (if known) | N/A |

Defendant No. 4

| | |
|---|---|
| Name | Uriel Ramirez |
| Job or Title (if known) | Lead |
| Street Address | N/A |
| City and County | N/A |
| State and Zip Code | N/A |
| Telephone Number | (000) 000-0000 |
| E-mail Address (if known) | N/A |

## B. THE DEFENDANTS  *Additional Attach

- Defendant No. 5

| | |
|---|---|
| Name | Dorthy Young |
| Job or Title | Human Resources |
| Street Address | N/A |
| City and County | N/A |
| State and Zip Code | N/A |
| Telephone Number | (000) 000-000 |
| E-mail Address | N/A |

- Defendant No. 6

| | |
|---|---|
| Name | Denise Helm |
| Job or Title | Human Resources |
| Street Address | N/A |
| City and County | N/A |
| State and Zip Code | N/A |
| Telephone Number | (000) 000-000 |
| E-mail Address | N/A |

## B. THE DEFENDANTS  *Additional Attach

• Defendant No. 7

| | |
|---|---|
| NAME | KRISTINE |
| JOB OR TITLE | PACKING |
| STREET ADDRESS | N/A |
| CITY AND COUNTY | N/A |
| STATE AND ZIP CODE | N/A |
| TELEPHONE NUMBER | (000) 000-000 |
| E-MAIL ADDRESS | N/A |

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | inSinkErator Division |
| Street Address | 4700 21st Street |
| City and County | Racine |
| State and Zip Code | Wisconsin 53406 |
| Telephone Number | (262) 554-5432 |

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes (check all that apply):

- [ ] Failure to hire me.
- [ ] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [x] Other acts (specify): Sexual Harassment Discrimination

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
10/22-03/23

C. I believe that defendant(s) (check one):
- [ ] is/are still committing these acts against me.
- [x] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my (check all that apply and explain):

- [x] race — My Machine, workstation was sabo
- [x] color — Retaliation For speaking up agains
- [x] gender/sex — Male Uriel Ramirez was a Homose
- [ ] religion — N/A
- [ ] national origin — N/A
- [ ] age (year of birth) 0 (only when asserting a claim of age discrimination.)
- [ ] disability or perceived disability (specify disability)
  N/A

E. The facts of my case are as follows. Attach additional pages if needed.

I was hired late August 2022. Sometime early October Uriel Ramirez started speaking sexual innuendoes out loud standing right next to me indirectly and directly. I love two black cocks in my face. I love sitting on big black cocks.The first time he said it. I turned to the other workers and said, "did yall hear him? They replied, 'Hes saying stuff like that before you even got here. One day he took some strink wrap and made two balls and put them under his shirt for breasts aand started shaking his torsal making girly sounds.All of these insidents didnt happen in one day they happened from around october-December.During the duration of that time, i turned around he either behind me or in my face.finally i said somthing to him.Telling him his behaviour is inaprpiate for this type of establiment. You cant talk like that in a workplace. He just laughed at me.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)* 06/28/2023

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)* 07/20/2025

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

E. The facts of my case are as follows. Attachment

*February 6th 6:00 am-6:45 am** you will see Uriel Ramirez standing, with his arms folded, behind me approximately 6-7 feet. Just staring at me.

*February 7th 11:05 pm** you will see me go to my station and start folding the bottom jeans, tying my shoes and Uriel Ramirez left toe and right toe was exactly touching my left heel and right heel as my legs we spread apart. (DOGGYSTYLE POSTION is exactly how he was standing over me "I stood up and said, "What are you doing man!"

*I complained about Uriel Ramirez before February 21, 2023. I complained about him to my supervisor Sandy in November and December before she went on vacation, about his behavior. She was out approximately a week before Christmas and didn't return until the second week of January.

*January 17th (2023) @2:44 am** you'll see me walking away from my station headed to the breakroom (It was break time) and you'll see one of these two individuals, because when I walked away Kristine was the only one standing there. Sandy was 20 feet away give or take." "You will see everyone else gone but me and Kristine. I guarantee you 100% one of those two individuals went to my station I just left, and took two plates off the track, set them on the floor to make it look like a collision course." "And rearrange the parts that go on top of the plates." The only thing Uriel Ramirez did was come to me after the break with a picture on his phone and said, "Sandy sent me this picture to show you what happen when you left for break." I said, "You know this never happens, it's impossible to happen." He said, I know, I must show you because she told me to.

*January 17th 3:15am-to around 4:30-4:45am** you will see me not working. Sandy walked past me several times and didn't say one word to me. Go home, why are you not working? What's your problem etc.? She didn't write me up or anything. That's when I knew I was being set up because I stood up and complained about Uriel Ramirez. It was then I went to HR a month later because nothing was being done about his behavior and Sandy and I stop speaking to each other. We had serious tension from then on.

*February 21, 2023**, is when I went to HR to report the incidents. Margie Stuckey took my statements. When I said I have complaints she said let me guess Sandy? she said I have over 20 complaints about her, but no one never follows through with them after I take their statements.

The "Sabotaging" of my workstation was the first thing I told Ms. Stuckey. Then I told her about Uriel Ramirez. As I'm telling her about his sexual innuendos she says over and over David this is sexual harassment. After I told my complete story on both parties is when I said, "I want to be transferred to 2nd shift to get away from "these people." "I'm not going to TV, Lawyers, filing a complaint etc. all I ask is to be moved from 3rd shift to 2nd shift." "I feel uncomfortable, scared and worried." I have two daughters in college. I'm working for my kid's and nothing else at this moment." And I said the exact thing to Michael Cretton.

Ms. Stuckey exact response was that should be no problem because we were thinking about moving a few people from 3rd shift to 2nd shift anyway, because 2nd shift is undermanned. I don't see it being a problem. (Be in mind, she knew about my write up/attendance) and she still was willing, if it were up to her to grant me that request. Margie Stuckey said. She then took me to her boss office Michael Cretton. I told him the exact things I told Margie Stuckey. He said give me a week to investigate and pulled up the names of our workers in the department and said who should I talk to? I gave him approximately 8-10 names and that was the end of our conversation.

During the duration of that week Uriel Ramirez kept pushing himself on to me. That following **Monday February 27th** and **Tuesday the 28th** after the 21st meeting, both in the morning (pull the footage) **6:15-6:50 am**, you will see me leaving my station walking to the HR. office slipping a note under Michael Cretton's door, which was four written 8X5 inch pages, documenting the entire two nights on how Uriel is being more aggressive and please get me away from him. "I'm uncomfortable" I said it again. Had he told me on the 21st I can't get moved because of my attendants I wouldn't have been doing what I just said. And I told him I deserve my time back from missing days also on the 21st meeting when I was in his office. He just said let me investigate.

*Friday morning March 3rd I wrote another letter I completely stop working because, again he's still pressing me. (Uriel) (Pull the footage) you will see me sitting writing another letter to Micheal Cretton at **3:25 am-4:06 am**. As I'm writing Sandy comes up to me and says, Mike said come to his office at 6:30. You will see me sitting by the lockers during the duration of the time. I didn't deliver this letter but saved it

*March 3rd 6:30 am our meeting, it was me, Sandy, and Mr. Cretton. The first thing I asked him was,

"Did you pull the camera footage on **January 17th 2:44 am**?" Any footage of the dates and times i gave you? Michael said, Sometimes the cameras work and sometimes they don't. And we're not going to move you to another department you have to go back to that department and were just going to tell Uriel to tone it down. But after Dorothy Young and Denise Helm investigated you were right David Uriel was saying those things being and being inappropriate.

I've done all this research on my own. This journey has sparked me to peruse a Law Degree in the Employment field so I can help others that's been put in my situation. I have an outstanding student loan balance of $72,000 I'd like that to be payed off so I can get Financial Aid to attend Law school.

Had I been granted my request to be moved to another shift I feel I would have still been there and moved up to a higher position due to my three college degrees. I was making $800 a week roughly take-home pay give or take with overtime. That's $38,400 a year Tiims that by three years Equals $115,200 Lost Wages's

August 2026 will be the actual three-year mark I'd been there. I'm asking for one year of punitive damages an extra $38,000 and here's why.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/17/2025

Signature of Plaintiff: *David J. Byrd*

Printed Name of Plaintiff: DAVID J. BYRD

### B. For Attorneys

Date of signing: 

| Field | Value |
|---|---|
| Signature of Attorney | N/A |
| Printed Name of Attorney | N/A |
| Bar Number | N/A |
| Name of Law Firm | N/A |
| Street Address | N/A |
| State and Zip Code | N/A |
| Telephone Number | |
| E-mail Address | N/A |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## V. Relief Attachment

I've done all this research on my own. This journey has sparked me to peruse a Law Degree in the Employment field so I can help others that's been put in my situation. I have an outstanding student loan balance of $72,000 I'd like that to be payed off so I can get Financial Aid to attend Law school.

Had I been granted my request to be moved to another shift I feel I would have still been there and moved up to a higher position due to my three college degrees. I was making $800 a week roughly take-home pay give or take with overtime. That's $38,400 a year Times that by three years Equals $115,200 Lost Wage's

August 2026 will be the actual three-year mark I'd been there. I'm asking for one year of punitive damages an extra $38,000 and here's why.

I had two daughters in college at the time of being employed. One was a Freshman at the University of North Alabama in Florence Alabama. The other daughter was a Junior attending the University of Wisconsin-Milwaukee. I sacrificed not having a car, walking to work, and taking the public transportation system. I lived in a room and board house renting out a room to have money for my daughters so I can take care of them while in college. So, they can have the best college experience possible.in their lives. After this situation I struggled to honor that and as a responsible Dad I feel I failed them. That pain still hurts and sits on my heart heavy still today.

This Lawsuit is not for personal gain. It's for personal pain. The pain for my daughters and the pain as an employee who felt uncomfortable about his surroundings and all he was requesting was to be moved to another shift without any lawsuit or trouble because he was grateful to able to provide his daughters.

The pain that an employee can't turn to and trust who they supposed to during a crisis time or situation Human Resources. After doing the exact prodigal but just to get the door slammed in his face. That's why we're here today. because of one simple request to be moved away from the mi shift and it wasn't granted.it was completely swept under the rug and ignored on his end. Because he (me) was a whistleblower.

I'm doing this, I'm standing up for any future employees so that maybe one day they won't have to go through or experience this pain I've been put through. Pray fully it will wake the

administration up at InSinkErator and treat people with a little bit more empathy because you never know why a person needs a job. It's about dignity and respect at the end of the day.

$115,200+$72,000=$187,200

$115,200 Lost Wage's

$72,000 Student Loan Debt

Enclosure with EEOC Notice of Closure and Rights (01/22)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

**IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT**

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

**ATTORNEY REPRESENTATION**

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

**HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS**

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 443-2023-02396 to the

Enclosure with EEOC Notice of Closure and Rights (01/22)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

**IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT**

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

**ATTORNEY REPRESENTATION**

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

**HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS**

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 443-2023-02396 to the